In the Matter of the Claim of REGINA COOLEY, Respondent, against P. J. HEANEY Co., INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.*— Award modified by reducing the amount allowed to the widow to eight dollars and fifty-eight cents per week, and the amount allowed to the children to two dollars and eighty-six cents per week, and as so modified unanimously affirmed. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hasbrouck, JJ.

In the Matter of the Claim of ANNA CLARA CLARK, Respondent, against WILLIAM BRADLEY & SON and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the claimant against the appellants.— Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hasbrouck, JJ.

In the Matter of the Claim of JOHN JOSEPH COUGHLIN, Respondent, against HAYS & RANDOLPH COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award reversed and claim remitted, with costs against the State Industrial Board to abide the event, on the ground that the Board should make a finding as to the earning capacity of the claimant during the period of the award, and determine the award of compensation on the basis of such reduced earning capacity. Van Kirk, P. J., Hinman, Davis, Whitmyer and Hasbrouck, JJ., concur.

In the Matter of the Claim of ELIZABETH CONRAD and Others, Respondents, against MELDRUM MOTOR CORPORATION and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of ANNIE CONLON, Respondent, against LOUIS BROOK, INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board, on the authority of *Matter of Hughes* v. *St. Patrick's Cathedral* (245 N. Y. 201); *Matter of Sienko* v. *Bopp & Morgenstern* (248 id. 40); *Matter of Ragene* v. *Hoe & Co., Inc.* (224 App. Div. 679). Present — Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of CLIFFORD J. CUDNEY, Respondent, against COUNTY OF MONTGOMERY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of DAVID COCHRANE, Respondent, against R. E. WILLIAMS and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of MIKE CONROY, Respondent, against CALLAN TERMINAL CORPORATION and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Davis, Hill and Hasbrouck, JJ.

* Revd., 249 N. Y. 395.